ACCEPTED
03-15-00340-CV
6539616
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 11:30:47 AM
JEFFREY D. KYLE
CLERK

03

CV

CAUSE NO. ~~01~~ 15-00340-~~CR~~

IN THE COURT OF APPEALS
FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 11:30:47 AM
JEFFREY D. KYLE
Clerk

CHRISTOPHER JAROSZEWICZ, APPELLANT

VS.

TEXAS DEPARTMENT OF PUBLIC SAFETY, APPELLEE

ON APPEAL FROM THE COUNTY COURT AT LAW NO. TWO
TRAVIS COUNTY, TEXAS
TRIAL COURT NO. C-1-CV-15-001468

APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

KEVIN FINE
State Bar No. 00790682
P.O. Box 312
Boerne, Texas 78006
512-593-1383/Hill Country (ofc)
713-299-1923/Houston (cell)
888-803-8721
kfine@kevinfinelaw.com

ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Christopher Jaroszcewicz, Appellant in the above-styled and numbered cause and, pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), files this Motion to Extend Time to File Appellant's Brief, and with respect thereto, would show the Court the following:

Appellant's Brief is currently due on August 17, 2015.

Counsel for Appellant requests a 30 day extension of time to file Appellant's Brief making the brief due on September 16, 2015. This is Appellant's first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension.

Counsel was not provided a copy of the Clerk's Record and was only recently provided a copy of the Reporter's record in this case. Counsel for Appellant seeks this extension of time to be able to properly and thoroughly prepare Appellant's Brief. This request is not sought for delay, but so that justice may be done.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays the Court grant this motion.

1

RESPECTFULLY SUBMITTED,

___/s/ Kevin Fine_____
KEVIN FINE
State Bar No. 00790682
P.O. Box 312
Boerne, Texas 78006
512-593-1383/Hill Country (ofc)
713-299-1923/Houston (cell)
888-803-8721
kfine@kevinfinelaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above motion was provided to the Travis County Attorney's Office via efiling on this the 18th day of August, 2015.

___/s/ Kevin Fine_____
KEVIN FINE

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Appellee, Mr. Kevin Givens, and he has no opposition to Appellant's motion.
SIGNED this the 18th day of August, 2015.

___/s/ Kevin Fine_____
KEVIN FINE